In the Matter of the Application of MILTON E. GIBBS, Appellant, for a Writ of Mandamus against JOHN F. O'BRIEN, as Secretary of State, Respondent.

*Matter of Gibbs* v. *O'Brien,* 115 App. Div. 881, affirmed.
(Argued September 28, 1906; decided October 1, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered September 26, 1906, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus to compel the secretary of state to issue a new or further certificate of the number of inhabitants in the two senate districts of Monroe county.

*George P. Decker* for appellant.

*Julius M. Mayer, Attorney-General* (*William W. Armstrong* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.